UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:15-cr-00097-MOC-DLH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| KEVIN WAYNE VANOVER | ) | |
| MEREDITH ANN YATES, | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on the joint Motion to Suppress. Having considered the joint motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Clerk of Court schedule an evidentiary hearing on the joint Motion to Suppress (#25).

Signed: March 17, 2016

Max O. Cogburn Jr.
United States District Judge