UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

UNITED STATES OF AMERICA             DOCKET NO. 1:15CR97

V.

MEREDITH ANN YATES/

NOTICE OF ATTORNEY APPEARANCE

NOW COMES Tony E. Rollman and makes this notice of attorney appearance for the Defendant, MEREDITH ANN YATES, in this matter and said appearance shall be limited to the United States District Court for the Western District of North Carolina, Asheville Division.

This the 12th day of April, 2016.

_____

Tony E. Rollman,
Attorney for Defendant, MEREDITH ANN YATES
One Oak Plaza, Suite 301
Asheville, NC 28801
828-253-7788
Email:tony@tonyrollmanlaw.com
NCBar#21267

Certificate of Service: I certify that I did this day, April 12, 2016, I delivered a copy of the foregoing to the office of the United States Attorney via electronic mail.

_____

Tony E. Rollman