UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:15-cr-00097-MOC-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **KEVIN WAYNE VANOVER** ) | |
| **MEREDITH ANN YATES,** ) | |
| Defendants ) | |

v.

**BETTY LOU WEBB**

       Petitioner

---

**THIS MATTER** is before the court on defendant Yates' Motion to Continue Sentencing (#124). Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant Yates' Motion to Continue (#124) is **GRANTED,** this matter is continued to the next appropriate sentencing term.

**IT IS FURTHER ORDERED** that as to the other remaining defendant that the court's own Motion to Continue is **GRANTED**, for the reason that these defendants should be sentenced together.

**IT IS FURTHER ORDERED** that as to the forfeiture hearing the court's own

1

Motion to Continue is **GRANTED.** That hearing is to occur alongside the sentencings of the above-captioned defendants.

Signed: November 4, 2016

Max O. Cogburn Jr
United States District Judge