UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:15-cr-00097-MOC-DLH-2

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **MEREDITH ANN YATES,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on Defendant Yates' Motion Pursuant to Rule 59(e) Requesting District Court to Grant Jail-Time Credit. (#168).

The Court requires the Government, within ten days, to file a short response to Defendant's argument that she should be given time-served credit while she was in home detention before her sentencing.

Signed: August 6, 2019

Max O. Cogburn Jr.
United States District Judge