UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:15-cr-97-MOC-DLH-2

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **MEREDITH ANN YATES,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's Motion for Reconsideration, (Doc. No. 174), requesting reconsideration of the Court's order on defendant's prior motion requesting jail-time credit. See (Doc. No. 173).

The Court has considered defendant's arguments and the Court will **DENY** the motion to reconsider, as the Court correctly denied defendant's prior motion requesting jail-time credit.

**IT IS SO ORDERED.**

Signed: January 22, 2020

Max O. Cogburn Jr
United States District Judge

1