IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15-cr-00097-MOC-WCM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MEREDITH ANN YATES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter came before the Court on May 22, 2024 on a request by Meredith Ann Yates ("Defendant") that she be allowed to represent herself. The Court issued an oral ruling on the request. This order memorializes that ruling.

On May 21, 2024, a Petition for Warrant for Offender Under Supervision ("Petition") was filed alleging that Defendant had violated the terms and conditions of her supervised release. Doc. 184.

Defendant made her initial appearance on the Petition before the undersigned on May 22, 2024. Special Assistant United States Attorney Annabelle Chambers appeared for the Government and Assistant Federal Public Defender Mary Ellen Coleman appeared with Defendant. During that proceeding, Defendant stated that she wished to represent herself. She also requested that standby counsel be appointed for her.

1

"Because an exercise of the right of self-representation necessarily entails a waiver of the right to counsel—a defendant obviously cannot enjoy both rights at trial—the exercise of the right of self-representation must be evaluated by using many of the same criteria that are applied to determine whether a defendant has waived the right to counsel. An assertion of the right of self-representation therefore must be (1) clear and unequivocal; (2) knowing, intelligent and voluntary; and (3) timely." <u>United States v. Frazier-El</u>, 204 F.3d 553, 558 (4th Cir. 2000) (internal citations omitted).

Having inquired of Defendant during the hearing on May 22, 2024 and having received any statements the Government and duty counsel from the Federal Defender's Office wished to make, the undersigned finds that Defendant has sufficiently invoked her right to self-representation and waived her right to be represented by counsel in this matter. The undersigned also concludes that standby counsel should be appointed.

**IT IS THEREFORE ORDERED THAT:**

1. Defendant's request to represent herself in this case is **GRANTED**.
2. The Federal Defender's Office is **DIRECTED TO ASSIGN** standby counsel for Defendant.

Signed: May 23, 2024

W. Carleton Metcalf
United States Magistrate Judge